**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREDDY L. WILLIAMS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08-20141 <br> 10-2165 |

**MEMORANDUM AND ORDER**

Defendant Freddy L. Williams pled guilty to one count of being a felon in possession of ammunition, and he was sentenced to 46 months' imprisonment. He did not file a direct appeal, but has now filed a pro se motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (doc. 28).

Mr. Williams contends, among other things, that he specifically instructed his attorney to file an appeal on his behalf, but that his attorney failed to do so. Given that Mr. Williams' arguments were not completely fleshed out until his reply brief, the Government did not have a full opportunity to respond to this claim. Recognizing that an attorney who disregards a specific instruction to appeal is per se ineffective, *United States v. Snitz*, 342 F.3d 1154, 1156 (10th Cir. 2003), the Government is ordered to respond to this claim by July 9, 2010. Mr. Williams may file a sur-reply, should he chose to do so, by July 23, 2010.

**IT IS SO ORDERED** this 24th day of June, 2010.

                                            s/ John W. Lungstrum
                                            John W. Lungstrum
                                            United States District Judge